UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

William Phillips

   v.                                           Case No. 18-cv-00215-JL

Governor, NH, State of et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 29, 2018.

_/s/ Joe Laplante_____
Joseph N. Laplante
Chief Judge

Date: September 13, 2018

Cc: William Phillips, pro se