UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

William Phillips

    v.                                              Case No. 18-cv-215-JL

Governor, State of NH, et al.


## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 25, 2021.

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: March 19, 2021

cc:    William Phillips, pro se
        Edward W. Richards, Esq.
        Russell F. Hilliard, Esq.
        Brooke Lois Lovett Shilo, Esq.